# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-4047
Lower Tribunal No. 2022-DP-0065

_____

In the Interest of A.P., E.P., and B.P., children.

B.P.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

March 22, 2024

PER CURIAM.

   AFFIRMED.

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Amanda Peterson, of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED